Dismissed and Memorandum Opinion filed April 5, 2007








Dismissed
and Memorandum Opinion filed April 5, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00003-CV

____________

 

MAX KUNZ, Appellant

 

V.

 

LEON OCAMPO AND NICOLAZA ROMAN
OCAMPO, Appellees

 



 

On Appeal from County Court at Law
No. 1

Harris County, Texas

Trial Court Cause No. 853585

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 20, 2006.  On March 29, 2007, 

appellant filed a motion
to dismiss the appeal because the case has been settled. See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed April
5, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.